IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Amber Ragan, | ) | No. CV-13-00128-PHX-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Life Insurance Company of North America, et al., | ) | |
| Defendants. | ) | |

The Court having considered the parties' stipulation of dismissal with prejudice (**Doc. 23**), and good cause appearing,

**IT IS ORDERED** this case is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DATED this 15th day of July, 2013.

_____
Roslyn O. Silver
Chief United States District Judge